LELAND LAW CORP.
7200 Greenleaf Avenue, Suite 170A
Whittier, CA 90602
Telephone: (562) 904-6955
Facsimile:  (562) 632-1301
MOSELLE C. LELAND BOHORQUEZ [CSBN: 268272]
E-mail: tracey@disabilitylawfirm.com
   Attorneys for Plaintiff

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
MICHAEL MARRIOTT [CSBN: 280890]]
Special Assistant United States Attorney
Social Security Administration
160 Spear Street, Suite 800
San Francisco, California 94105
Tel: (510) 970-4836
Fax: (415) 744-0134
E-mail: michael.marriott@ssa.gov
   Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DVISION

| | |
|---|---|
| KATHLEEN D. STEWART,<br>  Plaintiff,<br><br>   v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>  Defendant. | Case No. SACV23-00398-FLA-AFM<br><br>**~~PROPOSED~~ ORDER OF DISMISSAL FEDERAL RULES OF CIVIL PROCEDURE RULE 41** |

1 | The parties, through their counsel of record, stipulate to the voluntary
2 | dismissal of this action, pursuant to Rule 41, Federal Rules of Civil Procedure.

5 | IT IS SO ORDERED.

7 | Dated: 6/13/2023

ALEXANDER F. MacKINNON
United States Magistrate Judge

1